IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL PORTUGAL,

    Plaintiff,   No. CIV S-08-2226 EFB P

  vs.

T. FELKER, Warden,

    Defendant.   ORDER
_____/

    Plaintiff is a prisoner without counsel who, it appears, intends to seek relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He has filed a motion for a temporary restraining order. However, before the plaintiff may proceed he must either pay the required filing fee or file an application requesting leave to proceed *in forma pauperis*.

    Accordingly, plaintiff shall have 30 days from the date of this order to submit the application to proceed *in forma pauperis* on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00. *See* 28 U.S.C. § 1914(a); 1915. Failure to comply with this order will result in a recommendation that this matter be dismissed.

    So ordered.

DATED: September 26, 2008.

                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE