UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Daniel Portugal**, | 08-CV-02226-SRT |
| Plaintiff, | **ORDER DISMISSING COMPLAINT FOR FAILURE TO PROSECUTE** |
| v. | |
| **T. Felker, et al.**, | |
| Defendants. | |

_____

On June 30, 2009, the Court filed an Order dismissing Plaintiff's complaint with leave to file an amended complaint on or before July 30, 2009.  The Court cautioned Plaintiff that if he failed to file a timely amended complaint, the action would be dismissed.  Plaintiff has not filed an amended complaint, and the action is accordingly DISMISSED for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

The Clerk shall enter judgment accordingly and close the file.

IT IS SO ORDERED.

DATED: August 11, 2009

_/s/Sidney R. Thomas_____
Sidney R. Thomas, United States Circuit Judge
Sitting by Designation